JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA M. ALVAREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>GMAC MORTGAGE LLC, U.S. BANK NATIONAL ASSOCIATION TRUSTEE, EXECUTIVE TRUSTEE SERVICES LLC, HOMECOMINGS FINANCIAL LLC, J.P. MORGAN CHASE BANK N.A., DEFENDANTS, AND DOES 1 THRU 10,<br><br>    Defendants. | Case No.: EDCV 11-01629 JVS (OPx)<br>Hon. James V. Selna<br>Ctrm. 10C<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JPMORGAN CHASE BANK N.A.; GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC; HOMECOMINGS FINANCIAL, LLC; AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE**<br><br>Complaint Filed: September 19, 2011 |

1  On Monday, March 12, 2012, the Court granted the Motion for Entry of Order of Final Dismissal and/or Entry of Judgment Pursuant to Federal Rule of Civil Procedure 41(b) by defendants J.P. Morgan Chase Bank, N.A.; GMAC Mortgage, LLC; Executive Trustee Services, LLC; Homecomings Financial, LLC; and U.S. Bank National Association as Trustee's (collectively, "Defendants").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal with prejudice is entered in favor of Defendants and against plaintiff Sylvia M. Alvarez.  Plaintiff is to recover nothing from Defendants.

IT IS SO ORDERED.

DATED:  March 19, 2012

_____
The Honorable James V. Selna
Judge, United States District Court

Respectfully submitted by,

ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC; HOMECOMINGS FINANCIAL, LLC; and U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE (erroneously sued as "U.S. BANK NATIONAL ASSOCIATION TRUSTEE")